*Designated for publication on July 14, 2003*

*Designated for Electronic Publication Only*

## UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

No. 03-383

Susan Frasier,                                                                  Appellant,

  v.

Anthony J. Principi,
Secretary of Veterans Affairs,                              Appellee.

Before FARLEY, IVERS, and STEINBERG, *Judges*.

### O R D E R

On June 4, 2003, the Court dismissed this appeal for lack of jurisdiction. On June 25, 2003, the pro se appellant filed a pleading styled as "Appellant's Motion for Reconsideration with a Full Court." The Court will construe the pleading as a motion for a panel decision.

Upon consideration of the foregoing, the parties' prior pleadings, and the record on appeal, it is

ORDERED that the appellant's motion for a panel decision is denied.

DATED:  Jul 10 2003                                        PER CURIAM.

STEINBERG, *Judge*, concurring:  I agree that the appellant has not submitted a basis for a panel decision in this case. However, I would return to the appellant her 49-page motion because it is not contemplated by the Court's rules. *See* U.S. Vet. App. R. 35(f) (providing that "a motion . . . under this rule may not exceed 15 pages"); *see also* U.S. Vet. App. R. 35(b), (c) (providing for motions for a panel decision and full-Court decision, respectively).